

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00420-CV

_____

CCG COMMERCIAL CONSTRUCTION GROUP LLC, Appellant/Cross-
Appellee

V.

INDEPENDENT BANK, Appellee/Cross-Appellant

On Appeal from the 393rd District Court
Denton County, Texas
Trial Court No. 19-2594-393

Before Womack, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

On November 13, 2019, appellant/cross-appellee CCG Commercial Construction Group LLC (CCG) filed its notice of appeal. On that same day, appellee/cross-appellant Independent Bank filed its notice of cross-appeal.

On November 21, 2019, we sent a jurisdiction letter to both parties expressing our concern that we may not have jurisdiction over these appeals because they did not appear to be from a final judgment or appealable interlocutory order. *See Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (explaining that "the general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment"). In our letter, we stated that unless any party filed a response by December 2, 2019, showing grounds for continuing the appeals, these appeals could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3.

CCG did not respond to our jurisdiction letter. Accordingly, we dismiss CCG's appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Independent Bank responded to our jurisdiction letter. We continue Independent Bank's appeal under a new style and new appellate cause number, Independent Bank, Appellant v. CCG Commercial Construction Group LLC, Appellee, No. 02-20-00003-CV, and we sever it from this appeal.

Per Curiam

Delivered: January 9, 2020

2